**CHIEF JUSTICE**
ROGELIO VALDEZ

**JUSTICES**
NELDA V. RODRIGUEZ
DORI CONTRERAS GARZA
GINA M. BENAVIDES
GREGORY T. PERKES
NORA L. LONGORIA

**CLERK**
DORIAN E. RAMIREZ



# Court of Appeals

## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

*www.txcourts.gov/13thcoa*

March 26, 2015

Philip Delbert Fraissinet
Bradley J. Domangue
Thompson & Horton LLP
3200 Southwest Fwy., Suite 2000
Houston, TX 77027-7528
* DELIVERED VIA E-MAIL *

Hon. Greggory A. Teeter
Thomas J. Henry Injury Attorneys
521 Starr Street
Corpus Christi, TX 78401
* DELIVERED VIA E-MAIL *

Re:     Cause No. 13-14-00481-CV
Tr.Ct.No. 2013CCV-61773-4
Style:   Brett William Bostian, Lynda Ann De Leon, Ryan  Elizondo & Doyne Scott
         Elliff v. Josephine  Limon

Gentlemen:

We appreciate the copy of the non-suit filed in the trial court, however, **a motion to dismiss needs to be filed in this Court** since you filed an appeal and the case is before us.  Please forward the motion to dismiss within the next five days.

Very truly yours,

Dorian E. Ramirez, Clerk

DER:ch